**MATT LAW OFFICE, PLLC.**
Terryl T. Matt
Attorney at Law
310 East Main
Cut Bank, MT  59427
Telephone:(406) 873-4833
Facsimile: (406) 873-4944
terrylm@mattlawoffice.com

Attorney for Plaintiff/Appellant

### UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| BLACKFEET HOUSING, ) | |
| ) | |
| Plaintiff/Appellant, ) | Case No.  2012-5141 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant/Appellee. ) | |

### UNOPPOSED MOTION FOR LEAVE TO AMEND
### REPLY BRIEF OF APPELLANT

Pursuant to Rule 27 of the Rules of Practice of the United States Court of Appeals for the Federal Circuit, Plaintiff Blackfeet Housing hereby moves for a Motion for Leave to Amend Reply Brief of Appellant.  This is Plaintiff's first request for a Motion for Leave and Defendant's counsel has been contacted and does not oppose the granting of this motion.

The Appellant respectfully requests the motion be granted and the Appellant be allowed to amend as follows:  On page iii. Appellant will add *United States v. Mitchell*,

463 U.S. 206 (1983) to the Table of Authorities and then add this case cite after the first sentence, second paragraph and on page 12. Then cite will also be amended on page 13 from Id at 546 to reference the Mitchell II case in two separate places. Appellant apologizes for this error. Appellant had more than one copy of *United States v. Mitchell* printed and one was off of a free cite and the Appellant inadvertently referenced what Appellant thought was the correct cite.

    Then on page i. and page 12 the s was left off the word since.

    Opposing counsel has been contacted and does not object.

    WHEREFORE, Blackfeet Housing respectfully requests that it be granted a Motion for Leave to Amend Reply Brief of Appellant.

    DATED this 3rd day of July 2013.

/s/ Terryl T. Matt_____
TERRYL T. MATT
Attorney for Plaintiff/Appellant

**TERRYL T. MATT, PLLC.**
Attorney at Law
310 East Main
Cut Bank, MT 59427
Telephone:(406) 873-4833
Facsimile: (406) 873-4944
terrylmatt@yahoo.com

Attorney for Plaintiff/Appellant

### UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| BLACKFEET HOUSING, ) | |
| ) | |
| Plaintiff/Appellant, ) | Case No. 12-5141 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, by and ) | |
| through the Housing and Urban ) | |
| Development, ) | |
| ) | |
| Defendant/Appellee. ) | |
| ) | |

### CERTIFICATE OF INTEREST

Counsel for the Appellant, Terryl T. Matt, certifies the following:

1. The full name of every party or amicus represented by me is:

   Blackfeet Housing

2. The name of the real party in interest represented by me is:

   Blackfeet Housing

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   None

1

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Matt Law Offices, PLLC
Terryl T. Matt, Esq.
310 East Main
Cut Bank, MT  59427

DATED this 26th day of September, 2012.

/s/ Terryl T. Matt

TERRYL T. MATT
Attorney for Plaintiff/Appellant

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing CERTIFICATE OF INTEREST was served on September 26, 2012, by Electronic Case Filing on the following counsel:

Kenneth D. Rooney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Post Office Box 7611
Washington, DC  20044

/s/ Terryl T. Matt

TERRYL T. MATT
Attorney for Plaintiff/Appellant

*2*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Motion for Leave to Amend Reply Brief of Appellant was served on July 3, 2013, by Electronic Case Filing on the following counsel:

Peter Krzywicki
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 514-9269

*Counsel for Appellee*

                                                   /s/ Terryl T. Matt
                                                 TERRYL T. MATT
                                                 Attorney for Plaintiff/Appellant